FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2022 JUN -7 PM 3: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  5:22-cr-29-GAP-PRL
18 U.S.C. § 1343

LEVELLE JOSEPH HARRIS

## INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH FOURTEEN

### A.    Introduction

At times material to this Indictment:

1.    The Coronavirus Aid, Relief, and Economic Security ("CARES") Act
is a federal law that was enacted in March of 2020 to provide financial assistance to
people suffering economic harm from the COVID-19 pandemic. One source of relief
provided through the CARES Act was the authorization of forgivable loans to
businesses for job retention and certain other expenses, through a program called the
Paycheck Protection Program ("PPP"). The CARES Act required PPP loan
applications to be processed by a participating lender. If a PPP loan application is
approved, the participating lender would fund the PPP loan using its own money.
The money was guaranteed by the SBA.

2.    LEVELLE JOSEPH HARRIS was a resident of the Middle District of
Florida. He created and maintained bank accounts with Armed Forces Bank and
PNC Bank, N.A.

3.      Armed Forces Bank was a financial institution that provided, among other services, bank accounts to its customers. Armed Forces Bank allowed for its customers to complete wire transfers to and from other financial institutions. Wire transfers occur when the originating customer instructs its financial institution to electronically transfer funds to a beneficiary customer. Wire transfers allow money to be moved quickly and securely without the need to exchange cash. They allow two parties to transfer funds even if they are in different geographic locations. A wire transfer facilitates money transfers electronically across a network of banks or transfer agencies around the world. Armed Forces Bank had branches in the Middle District of Florida and elsewhere.

4.      PNC Bank, N.A., was a financial institution and lender that provided, among other services, bank accounts to its customers and PPP loans. PNC Bank allowed for its customers to complete wire transfers to and from other financial institution. PNC Bank also completed wire transfers to other financial institutions to deliver PPP loan proceeds. This financial institution had branches and automatic teller machines ("ATMs") in the Middle District of Florida and elsewhere.

5.      Itria Ventures, L.L.C., was a financial lender that provided, among other services, PPP loans. Itria Ventures, L.L.C., completed wire transfers to other financial institutions to deliver PPP loan proceeds.

6.      Cross River Bank was a financial lender that provided, among other services, PPP loans. Cross River Bank completed wire transfers to other financial institutions to deliver PPP loan proceeds.

7.      Blue Ridge Bank, N.A., was a financial lender that provided, among other services, PPP loans. Blue Ridge Bank, N.A., completed wire transfers to other financial institutions to deliver PPP loan proceeds.

8.      Newtek Business Services Corporation was a financial lender that provided, among other services, PPP loans. Newtek Business Services Corporation completed wire transfers to other financial institutions to deliver PPP loan proceeds.

9.      A10 Capital, L.L.C., was a financial lender that provided, among other services, PPP loans. A10 Capital completed wire transfers to other financial institutions to deliver PPP loan proceeds.

10.     American Lending Center was a financial lender that provided, among other services, PPP loans. American Lending Center completed wire transfers to other financial institutions to deliver PPP loan proceeds.

11.     Benworth Capital Partners, L.L.C., was a financial lender that provided, among other services, PPP loans. Benworth Capital Partners, L.L.C., completed wire transfers to other financial institutions to deliver the PPP loan proceeds.

3

12.     Hope Enterprise Corporation was a financial lender that provided, among other services, PPP loans. Hope Enterprise Corporation completed wire transfers to other financial institutions to deliver the PPP loan proceeds.

### B.     The Scheme and Artifice

13.     From as early as on or about May 27, 2020, and continuing through at least on or about June 2, 2021, in the Middle District of Florida and elsewhere, the defendant,

### LEVELLE JOSEPH HARRIS,

knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

### C.     Manner and Means of the Scheme and Artifice

14.     The manner and means by which the defendant sought to accomplish the scheme and artifice include, among others, the following:

a.     It was part of the scheme that the defendant electronically submitted applications for PPP loans over the internet.

b.     It was further part of the scheme that the defendant made false representations on his PPP applications.

c.     It was further part of the scheme that the defendant received proceeds from the loans through wire transfers over the internet.

4

### D.   Execution of the Scheme and Artifice

15.    On or about the dates set forth below in Counts One through Fourteen, in the Middle District of Florida and elsewhere, the defendant,

### LEVELLE JOSEPH HARRIS,

for the purpose of executing the aforementioned scheme and artifice, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below, each transmission constituting a separate count:

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| ONE | May 27, 2020 | Internet wire transfer in the amount of $60,000 from Itria Ventures to defendant's Armed Forces Bank account ending in 3583. |
| TWO | August 5, 2020 | Internet wire transfer in the amount of $10,000 from Cross River Bank to defendant's PNC Bank account ending in 0768. |
| THREE | February 12, 2021 | Internet wire transfer in the amount of $125,000 from Itria Ventures to defendant's PNC Bank account ending in 0768. |
| FOUR | February 24, 2021 | Internet wire transfer in the amount of $119,900 from Blue Ridge Bank to defendant's PNC Bank account ending in 0768. |
| FIVE | February 25, 2021 | Internet wire transfer in the amount of $120,732.50 from Blue Ridge Bank to defendant's PNC Bank account ending in 0768. |
| SIX | March 16, 2021 | Internet wire transfer in the amount of $120,000 from Newtek to defendant's PNC Bank account ending in 0768. |

5

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| SEVEN | March 23, 2021 | Internet wire transfer in the amount of $141,600 from A10 Capital to defendant's PNC Bank account ending in 0768. |
| EIGHT | April 13, 2021 | Internet wire transfer in the amount of $120,833.33 from American Lending Center to defendant's PNC Bank account ending in 0768. |
| NINE | April 13, 2021 | Internet wire transfer in the amount of $60,000 from PNC Bank to defendant's PNC Bank account ending in 0768. |
| TEN | April 13, 2021 | Internet wire transfer in the amount of $20,833.33 from American Lending Center to defendant's PNC Bank account ending in 0768. |
| ELEVEN | April 22, 2021 | Internet wire transfer in the amount of $141,665 from A10 Capital to defendant's PNC Bank account ending in 0768. |
| TWELVE | April 23, 2021 | Internet wire transfer in the amount of $20,833.33 from Benworth Capital to defendant's PNC Bank account ending in 0768. |
| THIRTEEN | May 14, 2021 | Internet wire transfer in the amount of $120,832.32 from Hope Enterprise to defendant's PNC Bank account ending in 0768. |
| FOURTEEN | June 2, 2021 | Internet wire transfer in the amount of $100,800 from Newtek to defendant's PNC Bank account ending in 0768. |

In violation of 18 U.S.C. § 1343.

## FORFEITURE

1.     The allegations contained in Counts One through Fourteen are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall

6

forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

      3.    The assets to be forfeited specifically include, but are not limited to the following: an order of forfeiture in the amount of $1,283,030, which sum represents the total amount of proceeds obtained by the defendant as a result of the wire fraud scheme detailed herein, as well as the forfeiture of the following assets:

    a.    3124 Cherokee Road, Saint Cloud, Florida 34772 titled in the name of Harris Faith Investments, LLC;

    b.    28 Sutton Place, Shaker Heights, Ohio 44120 titled in the name of Levelle Harris;

    c.    approximately $119,212.44 from the sale of the real property located on Corupano Drive in Punta Gorda, FL;

    d.    2020 Hyundai Palisade, VIN #KM8R24HE5LU094121, titled in the name of Levelle Harris; and

    e.    approximately $262,715.64 seized from PNC Bank Account #1238170768 held in the name of Harris Faith Investments, LLC,

which assets are traceable to proceeds obtained from the wire fraud scheme alleged herein.

      4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be

      divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By:

Hannah J. Nowalk
Assistant United States Attorney

By:

Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

8

FORM OBD-34
May 22

No. 5:22-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

LEVELLE JOSEPH HARRIS

INDICTMENT

Violations: 18 U.S.C. § 1343

Foreperson

Filed in open court this 7th day

of June 2022.

_____
Clerk

Bail $ _____

GPO 863 525