**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA,

v.  Case No:   5:22-cr-29-GAP-PRL

LEVELLE JOSEPH HARRIS.

**ORDER**

This cause comes before the Court on Defendant's Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 821 (Doc. No. 51) filed November 13, 2023 and the Government's Response in Opposition (Doc. No. 53) filed November 17, 2023.  Probation prepared a Memorandum (Doc. No. 56) indicating the Defendant was ineligible for any further reduction of his sentence.

On June 20, 2024, the United States Magistrate Judge issued a report (Doc. No. 64) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 821 is **DENIED**.

**DONE** and **ORDERED** on July 8th , 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

U.S. Attorney's Office
U.S. Probation Department

Levelle Joseph Harris
#05339-510
Montgomery Federal Prison Camp
Maxwell Air Force Base
1001 Willow Street
Montgomery, AL   36112